ORDER - Minute Entry, Transferring Cs to T/Dist Crt of Guam & t/following:

8/5/98   1   COMPLAINT filed Summons(es) Issued referred to Discovery Robert N. Block (bg) [Entry date O8/0~/98] [2:98cv6337]

8/21/98   2   ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 (Related Case) filed. [ Related Case no.: CV97-7023 HLH (RCx)] Case transferred from Judge J. S. Letts to Judge Harry L. Hupp for all further proceedings. The case number will now
reflect the initials of the transferee Judge [ CV98-6337 ALH (RCx)]., Case referred from Discovery Robert N. Block to Discovery Rosalyn M. Chapman . (cc: all counsel) (jc) [Entry date 08/24/98] [2:98cv6337]

9/8/98   4   SUPPLEMENATL ORDER OF CONSOLIDATED by Judge Harry L. Hupp Case consolidated 2:97-cv-7203 with member cases    2:ml-1237, 2:98-cv-6278, 2:98-cv-6299, 2:98-cv-6299,        2:98-cv-6300, 2:98-cv-6308, 2:98-cv-6311, 2:98-cv-6319,     2:98-cv-6336, 2:98-cv-6339, 2:98-cv-6341, 2:98-cv-6343,
 2:98-cv-6343, 2:98-cv-6344, 2:98-cv-6345, 2:98-cv-.6365,        2:98-cv-6805, 2:98-cv-6806 (rm) [Entry date 10/30/98]    [2 98cv6337]

10/2/98   3   WAIVER OF SERVICE of SUMMONS by defendant Serco Management Svc sent by plf on 8/24/98 and accepted by R M Kern, atty for dft. (1k) [Entry date 10/05/98] [2:98cv6337]

10/23/98   5   ANSWER filed by defendant Serco Management Svc, defendant Serco Group Inc, defendant Serco Inc, defendant Serco Group  Plc, defendant Barton Atc Int'l Inc, defendant Barton ATC Inc to complaint [1-1]; jury demand (rm)  [Entry date   10/30/98]   [2:98cv6337]

11/2/98   6   ANSWER filed by defendant USA to complaint [1-1] (related to MDL   1237) (lori)   [Entry date   11/05/98]   [2:98cv6337]

3/22/99   7   STIPULATION filed by USA for leave to file 3rd pty cmp (Relates to MDL 1237, 98-6466; 98-6334; 98-6344; 98-6343;        98-6345; 98-6338; 98-6342; 98-6339; 98-6465; 98-6341; 98-6463) (shb) [Entry date 03/24/99] (2:98cv6337]

3/26/99   8   ORDER by Judge Harry L. Hupp that the USA is granted leave to file 3rd pty cmp. It is ord that the USA is       granted leave to file 3rd pty cmp in case nos.: (MDL 1237,
cv 98-6466; 98-6334; 98-6336; 98-6344; 98-6343; 98-6345;  98-6338; 98-6342; 98-6465; 98-6341; 98-6463) (shb)  [Entry date 04/08/99] [2:98cv6337]

3/30/99   9   THIRD-PARTY COMPLAINT: by defendant USA; adding Korean Air Lines Co; Summons not issued (Relates to MDl 1237, cv 98-6334; 98-6336; 98-6344; 98-6343; 98-6345; 98-6338;  98-6342; 98-6342; 98-6339; 98-6465; 98-6341; 98-6463) (shb) [Entry
date 04/08/99] [2:98cv6337]

4/22/99   10   NOTICE OF CHANGE Of Address filed re Korean Air Lines re Condon & Forsythe (Relates to MDL 1237) (shb) [Entry date 04/23/99] [2:98cv6337]

5/4/99   11   WAIVER OF SERVICE of SUMMONS by third-party defendant Korean Air Lines Co sent by plf on 4/14/99 [Relates to MDL # l237] (et) [Entry date 05/05/99] [2:93cv6337]

5/14/99   12   WAIVER OF SERVICE of SUMMONS by third-party defendant Korean Air Lines Co sent by plf on 4/14/99 (el) [Entry date 05/18/99] [2:98cv6337]

5/14/99   13   WAIVER OF SERVICE of SUMMONS by atty Geneva A Collins on behalf of third-party defendant Korean Air Lines Co sent by plf on 4/14/99 (jag) [Entry date 05/18/99] [2:98cv6337]

6/10/99   14   ANSWER TO THIRD PARTY COMPLAINT [9-1] by third-party defendant Korean Air Lines Co (Relates to MDL 1237, cv 98-6466; 98-6336; 98-6344; 98-6343; 98-6345; 98-6338;      98-6342; 98-6339; 98-6465; 98-6341; 98-6433) (shb)  [Entry date 06/15/99] [2:98cv6337]

6/10/99   14   COUNTERCLAIM by third-party defendant Korean Air Lines Co against third-party plaintiff USAcntdft Serco Management;  (Relates to MDl 1237, cv 98-6466; 98-6336; 98-6343; 98-6345; 98-6338; 98-6342; 98-6339; 98-6465; 98-6341; 98-6463) (shb)
[Entry date 06/15/99] [2:98cv6337]

7/8/99   15   ANSWER TO incorrectly labeled COUNTERCLAIM of Korean Air Lines Co [14-1] by counter-defendant Serco Management  (Relates to MDL 1237, cv 98-6466; 98-6334;
98-6336; 98-6344;  98-6337; 98-6343; 98-6345; 98-6338; 98-6342; 98-6339; 98-6465; 98-6341; 98-6463) (shb) [Entry date 07/09/99]
 [2 98cv6337]

 7/8/99   15   COUNTERCLAIM by counter-defendant Serco Management against counter-claimant Korean Air Lines Co ; summons not issued  (Relates to MDL 1237, cv 98-6466; 98-6334; 98-6344; 98-6337;  98-6343; 98-6345; 98-6338; 98-6342; 98-6339;
98-6465; 98-6341; 98-6463) (shb) [Entry date 07/09/99]  [2 98cv6337]

 7/15/99   16   ANSWER TO COUNTERCLAIM of Serco Management [15-l] by counter-defendant Korean Air Lines Co (Relates to MD1 137,  cv 98-6466; 98-6334; 98-6336; 98-6344; 98-6337; 98-6343;     98-6345; 98-6338; 98-6342; 98-6339; 98-6465; 98-6341; 98-6463) (shb) [Entry date 07/19/99] [2:98cv6337]

 8/4/99   17   STIPULATION and ORDER by Judge Harry L. Hupp for leave to file first amd cmp. (Relates to MDL 1237) (shb) [Entry date 08/12/99] [2:98cv6337]

 8/4/99   18   FIRST AMENDED COMPLAINT [1-1] by plaintiff Song Ja Kim, plaintiff Tae Yeong Hur; adding Korean Air Lines Co; jury demand. Summons not issued (Relates to MDL 1237) (shb) [Entry date 08/12/99] [2:98cv6337]

  8/12/99   - -   SUMMONS issued as to defendant Korean Air Lines Co on first amd cmp (relates to MDL 1237) (shb) [Entry date 08/12/99] [2 : 98cv6337]

 8/18/99   19   ANSWER TO COUNTERCLAIM [14-1] by counter-defendant USA (Relates to MDl 1237) (shb) [Entry date 08/19/99] [Edit date 08/19/99] [2:98cv6337]

10/1/99   20   ANSWER filed by defendant USA to First amended complaint (18-1] (relates to MDL 1237) (pbap) [Entry date 10/07/99]      [2: 98cv6337]

10/1/99   21   STIPULATION and ORDER by Judge Harry Z. Hupp tht th eti  of dft USA to ans Plf's 1st A/C be extd to and includ 10/1/99       for the following cmps Cv 98-6466(AHN), CV 98-6334 (CHOI), CV 98-6336 (HAN) , CV 98-6344 (HONG) , CV 98-6337 (HUR) , CV
98-6343 (JUNG) , CV 98-6345 (KANG) , CV 98-6338 (LEE, JONG)
 CV 98-6342 (LEE, GOUN) , CV 98-6339 (LEE, HAN) , CV 98-6465      (PARK), CV 98-6341 (SEO), and CV 98-6463 (YOON) (pbap)  [Entry date 10/22/99] [2:98cv6337]

```
 1/21/00    22   ANSWER filed by defendant Korean Air Lines Co to 1st amended
complaint [18-1] (pbap) [Entry date 02/01/001
 [2: 98cv6337]

 5/31/00    24   NOTICE OF MOTION AND MOTION by defendant USA to dismiss cases
improperly fld in the USDC or, in the alt, to      transfer cases improperly
fld in the USDC to the USDC for  the Dist of Guam; motion hearing set for
9:30 7/21/00 (yl) [Entry date 06/21/00] [2:98cv6337]

  6/7/00    23   OPPOSITION by plaintiff Song Ja Kim, plaintiff Tae Yeong Hur
to USA's mot to dism or in the alt to transfer case to      District of Guam
(shb) [Entry date 06/09/00] [2:98cv6337]

  6/14/00   25   REPLY by defendant USA in suppt of it's motion to dismiss
cases improperly fld in the USDC [24-1], motion to transfer cases improperly
fld in the USDC to the USDC for
the Dist of Guam [24-2] (related to MDL no 1237) (yl) [Entry date 06/21/00]
[2:98cv6337]

  7/3/00    26   ERRATA sheet to Dft USA's reply memo in supprt of motion to
dismiss cases improperly fid in the USDC [24-1], motion to transfer cases
improperly fld in the USDC to
the USDC  for the Dist of Guam [24-2] (pbap) [Entry date 07/05/00]     [2:
98cv6337]

  7/31/00   27   DECLARATION of Brian J. Alexander by plaintiff Steering
Committee (pbap) [Entry date 08/01/00] [2:98cv6337]

  7/31/00   28   SURREPLY in Opp by plaintiff Steering Committee to motion to
dismiss cases improperly fld in the USDC [24-1], motion to transfer cases
improperly fld in the USDC to the USDC      for the Dist of Guam [24-2]
(pbap) [Entry date 08/01/00]
[2 :98cv6337]

 8/7/00    29   NOTICE of Lien by intervenor plaintiff KLWC (re MDL 1237)
(pbap) [Entry date 08/09/00] [2:98cv6337]

 8/7/00    30   RESPONSE by defendant USA to plf's Surreply in Opp re motion
to dismiss cases improperly fld in the USDC [24-1],      re motion to
transfer cases improperly fld in the USDC to the USDC for the Dist of Guam
[24-2] (Pbap) [Entry date 08/10/00] [Edit date 08/10/00] [2:98cv6337]

  8/10/00   31   NOTICE OF MOTION AND MOTION by plaintiff Steering  Committee
re choice of law on the issue of damages agnst dfts US, Serco and KAL ;
motion hearing set for 10:00 8/28/00 Lodged ord (pbap) [Entry date 08/11/00]
[2:98cv6337]

  8/10/00   32   MEMORANDUM IN SUPPORT by plaintiff Steering Committee of
motion re choice of law on the issue of damages agnst dfts  US, Serco and KAL
[31-1] (pbap) [Entry date 08/11/00]    [2: 98cv6337]

  8/2/00    33   INTERVENOR'S COMPLAINT by intervenor Korean Labor Welfare;
summons not issued (Relates to MDL 1237) (shb)  [Entry date 09/11/00]
[2:98cv6337]

  9/1/00    34   Fist AMENDED COMPLAINT in INTERVENTION for statutory and
equitable subrogationfor damages [33-1] by intervenor Korean Labor Welfare in
2:98-cv-06337; adding Korean Labor Welfare to case(s) 2:98-cv-06337, .
Summons not issued      (RELATES TO MDL 1237) (shb) [Entry date 09/11/00] [2:
98cv6337]
```

9/21/00   35   ANSWER filed by defendant Serco Management Svc to amended complaint [34-1]; jury demand (pbap) [Entry date 09/26/00] [2: 98cv6337]

 9/26/00   36   ANSWER filed by defendant USA to 1st amended complaint  for statutory & equitable subrogation for damages [34-1] (mrgo) [Entry date 10/03/00] [2:98cv6337]

 3/7/01   37   MEMO OF CONTENTIONS OF FACT and LAW by defendant Korean  Air Lines Co (MDL # 1237) (jb) [Entry date 03/08/01] [2: 98cv6337]

 3/7/01   38   WITNESS list submitted by defendant Korean Air Lines Co (MDL # 1237) (jb) [Entry date 03/08/01] [2:98cv6337]

 3/7/01   39   STIPULATION filed tht plfs shl hv an ext until 3/12/01 to fi their jnt exh 1st, wit 1st, and memo of contentions of fact and law (pbap) [Entry date 03/09/01] [2:98cv6337]

   3/7/01   - -   LODGED/PROPOSED ORDER submitted . (FWD TO CRD) (pbap) [Entry date 03/09/01] [2:98cv6337]

 3/9/01   40   ORDER by Judge Harry L. Hupp tht plfs shl hv an ext until 3/12/01 to fi their jnt exh 1st, wit 1st, and meo of     contentions of fact and law. This ext shl in no way affect
other pretrial subm dates. (pbap) [Entry date 03/13/01]
 [2 : 98cv6337]

 3/12/01   41   Jnt ext 1st. (re: MDL 1237) (pbap) [Entry date 03/13/01][2: 98cv6337]

 3/12/01   42   MEMO OF CONTENTIONS OF FACT and LAW by plaintiffs (re:  MDL 1237) (pbap) [Entry date 03/15/011 [2:98cv6337]

 3/12/01   43   WITNESS list submitted by plaintiffs (re: MDL 1237)  (pbap) [Entry date 03/15/01] [2:98cv6337]

 3/19/01   44   OPPOSITION by plaintiffs to Korean Air Lines Co., Ltd's response (raised in connection with United States' motion to strike plf's expert wits) (pbap) [Entry date 03/20/01] [2:98cv6337]

   3/22/01   45   NOTICE OF MOTION AND MOTION by defendant Korean Air Lines Co in limine to exclude all liability evid or evid     relating to conduct of dfts at dm trials (dw) [Entry date 03/26/01] [2:98cv6337]

 3/28/01   46   MINUTES: by Judge Harry L. Hupp ; pretrial conference on 1:30 4/9/01 The revised PTC order shall contain the  fol:(see mins) CR: Cynthia L. Mizell (yc)  [Entry date
04/03/01] [2:98cv6337]

 4/4/01   47   STIPULATION and ORDER by Judge Harry L. Hupp that plfs & dft Korean Air Lines Co Ltd shall have until 4/11/01 to     file joint P/T Ord & amd exh list; The pretrial conference is cont to 1:30 4/18/01 (dw) [Entry date 04/11/01] [2 : 98cv6337]

 4/4/01   48   MINUTES: ORDER RE PRE-TRIAL CONFERENCE ORDERS. Liability issues are already preserved by having been raised and     rejected previously. In the alternative, Plaintiffs' counsel may preserve this issue by reiterating in the new pre-trial  conference orders their objection to the Court's ruling precluding liability issues. by Judge Harry L. Hupp
CR: Cynthia Mizell (Relates to MDL 1237, 98-6334, 98-6344,      98-6343, 98-6345, 98-6338, 98-6341) (shb)  [Entry date 04/12/01] [2:98cv6337]

 4/5/01   49   MINUTES:   Cnsl for the following cases 98-6334, 98-4500;

```
98-6345; 98-6344; 98-6343; 98-6342; 98-6341; 98-6337;    98-6388;
98-6316; 98-6806; 98-5450; 98-6369; 98-2243; 98-6389;    99-13513; 99-7226;
99-13527; 99-13508; 98-6387 are advised of the PTC set for 4/18/01 at 1:30
p.m. If you have any questions concerning this min order, please contact  the
crt clerk at (213) 894-5216 by Judge Harry L. Hupp CR:  n/p (pbap) [Entry
date 04/16/01] [2:98cv6337]

  4/11/01   --    LODGED PTC ord (re: Sae Kyung Hur)   (FWD TO CRD) (pbap)
[Entry date  04/17/01]   [2:98cv6337]

 4/11/01    50   FIRST AND WITNESS list submitted by plaintiff (re: Sae Kyung
Hur), MDL 1237 (pbap) [Entry date 04/18/01]
 [2: 98cv6337]

 4/11/01    51   JNT EXHIBIT list. (re: Sae Kyung Hur) (pbap) [Entry date
04/18/01][2:98cv6337]

 4/12/01    52   FIRST AND WITNESS list submitted by defendant Korean Air
Lines Co (re: Hur, Tae Young) (pbap) [Entry date 04/19/01] [2: 98cv6337]

 4/18/01    53   MINUTES: ; pretrial conference held & Contd to 10:00
5/30/01 by Judge Harry L. Hupp CR: Carmen (pbap)    [Entry date 04/24/01]
[2:98cv6337]

 4/18/01    54   MINUTES: PTC ORDER. All OSCs are vacated by Judge Harry  L.
Hupp CR: Cynthia L. Mizell **see MO for detailed info** (pbap) [Entry date
04/24/01] [2:98cv6337]

 4/20/01    55   EXHIBIT list by intervenor Korean Labor Welfare (pbap) [Entry
date 04/24/01] [2:98cv6337]

 4/20/01    56   WITNESS list submitted by intervenor Korean Labor  Welfare
(pbap) [Entry date 04/25/01] [2:98cv6337]

 4/27/01    57   NOTICE OF MOTION AND MOTION by intervenor Korean Labor
Welfare for protective order re: plfs' depo ntc of Rim Hwa Young ; motion
hearing set for 9:00 5/23/01 (dhl) [Entry date    05/03/01]    [2:98cv6337]

 4/27/01    58   DECLARATION of Robert L Wallan by intervenor Korean Labor
Welfare in suppt of motion for protective order re: plfs' depo ntc of Rim Hwa
Young [57-1] (dhl) [Entry date 05/03/01]       [2 : 98cv6337]

 4/27/01    59   PROOF OF SERVICE by intervenor Korean Labor Welfare on
4/27/01 of ntc of mot & mot for protective ord, decl in       suppt; svd by
fax on Frank G Fleming & Brian J Alexander &      svd by mail on attached svc
list. (dhl)  [Entry date 05/03/01] [2:98cv6337]

 5/2/01    60   NOTICE OF MOTION AND MOTION by defendant USA to dismiss KLWC's
claims for lack of subject matter jurisdiction ;       motion hearing set for
10:00 5/30/01 (dhl)[Entry date    05/03/01]    [2:98cv6337]

 5/2/01    61   NOTICE OF MOTION AND MOTION by intervenor Korean Labor Welfare
re: subrogation ; motion hearing set for 10:00 5/30/01 (dhl) [Entry date
05/04/01] [2:98cv6337]

 5/2/01    62   DECLARATION of Rebecca N Kaufman by intervenor Korean  Labor
Welfare in suppt of motion re: subrogation [61-1] (dhl)  [Entry date
05/04/01] [2:98cv6337]

  5/2/01    63   DECLARATION of Jin Su Yune by intervenor Korean Labor Welfare
in suppt of motion re: subrogation [61-1] (dhl)       [Entry date 05/04/01]
[2:98cv6337]
```

```
 5/2/01    64   DECLARATION of Hwa Young Lim by intervenor Korean Labor
Welfare in suppt of motion re: subrogation [61-1] (dhl)      [Entry date
05/04/01] [2:98cv6337]

 5/2/01    65   PROOF OF SERVICE by intervenor Korean Labor Welfare on 5/2/01
of mot re: subrogation, decl of Hwa Young Lim, decl of Jin Su Yune, decl of
Rebecca N Kaufman & proof of svc;      svd on attached svc list by mail.
(dhl)      [Entry date 05/04/01] [2:98cv6337]

 5/2/01    66   BRIEF FILED by defendant Korean Air Lines Co re KLWC  claims
(dhl) [Entry date 05/04/01] [2:98cv6337]

 5/2/01    67   DECLARATION of Jennifer J Johnston by defendant Korean Air
Lines Co in suppt of brief [66-1] (dhl)      [Entry date 05/04/01]
[2:98cv6337]

 5/2/01    68   DECLARATION of Eun Young Jung by defendant Korean Air Lines
Co in suppt of brief [66-1] (dhl)      [Entry date 05/04/01] [2:98cv6337]

 5/2/01    69   NOTICE OF MOTION AND MOTION by plaintiffs for summary judgment
; motion hearing set for 10:00 5/30/01 (dhl) [Entry date 05/04/01]
[2:98cv6337]

 5/2/01    70   MEMORANDUM IN SUPPORT by plaintiffs of motion for summary
judgment [69-1] (dhl) [Entry date 05/04/01] [2:98cv6337]

 5/2/01    71   DECLARATION of Francis G Fleming by plaintiffs in suppt of
motion for summary judgment [69-1] (dhl)      [Entry date 05/04/01]
[2:98cv6337]

 5/3/01    72   MINUTES: vacating hearing re motion for protective order re:
plfs' depo ntc of Rim Hwa Young [57-1] and will not be      considered, due
to plf-in-intervention's failure to fiale a  jnt stip, as required by Local
Rules by Discovery Rosalyn M.  Chapman CR: none (pbap) [Entry date 05/08/01]
[2:98cv6337]

 5/4/01    73   NOTICE OF DISCREPANCY AND ORDER by Judge Harry L. Hupp plfs'
Ntc of mot & mot for summ jgm; (2) mem of P&A's; (3) decl of Fleming; (4)
stint of uncontr facts rcd on 5/2/01 are to be filed `and processed. (pbap)
[Entry date 05/11/01]
[2:98cv6337]

 5/16/01   74   OPPOSITION by defendant Korean Air Lines Co to motion  re:
subrogation [61-1] (dhl) [Entry date 05/17/01]
[2: 98cv6337]

 5/16/01   75   DECLARATION of Jennifer J Johnston by defendant Korean  Air
Lines Co in suppt of opp to motion re: subrogation [61-1] (dhl) [Entry date
05/17/01] [2:98cv6337]

 5/16/01   76   OPPOSITION by plaintiffs to motion re: subrogation  [61-1]
(dhl) [Entry date 05/17/01] [2:98cv6337]

 5/16/01   77   OPPOSITION by intervenor Korean Labor Welfare to motion  to
dismiss KLWC's claims for lack of subject matter jurisdiction [60-1] (dhl)
[Entry date 05/17/01] [2: 98cv6337]

 5/16/01   78   DECLARATION of Jin Su Yune by intervenor Korean Labor Welfare
in suppt of KLWC's opp to plfs' & dfts' briefs re: subrogation [61-1] (dhl)
[Entry date 05/17/01] [2: 98cv6337]
```

5/16/01    79   Suppl DECLARATION of Hwa Young Lim by intervenor Korean
Labor Welfare in suppt of KLWC's opp to dfts' & plfs' briefs re: subrogation
[61-1] (dhl) [Entry date
05/17/01] [2: 98cv6337]

 5/16/01    80   RESPONSE by intervenor Korean Labor Welfare to KAL's  brief
re: KLWC's subrogation claims [61-1] (dhl) [Entry date 05/17/01]
[2:98cv6337]

 5/16/01    81   OBJECTIONS filed by intervenor Korean Labor Welfare to  decl
of Eun Young Jun fld in suppt of KAL's brief re: KLWC's subrogation claims
[61-1] (dhl) [Entry date 05/17/01]
[2 : 98cv6337]

  5/16/01    82   OPPOSITION by intervenor Korean Labor Welfare to motion  for
summary judgment [69-1] (dhl) [Entry date 05/17/01]        [2 : 98cv6337]

 5/16/01    83   STATEMENT of genuine issues by intervenor Korean Labor
Welfare in suppt of its opp to motion for summary judgment [69-1] (dhl)
[Entry date 05/17/01] [2:98cv6337]

 5/16/01    84   PROOF OF SERVICE by intervenor Korean Labor Welfare on
5/16/01 of Opp to mot to disin re: subrogation, Resp to  KAL's brief re:
subrogation claims, Op~ to plfs' mot for      summary judgment, and related
documents svd on attached svc list by fax. (dhl) [Entry date 05/17/01]
[2:98cv6337]

 5/16/01    85   MEMORANDUM IN OPPOSITION by defendant USA to KLWC's  motion
re: subrogation [61-1]; Declaration of Mark A Tomichich and    attachment
(Relates to MDL 1237; cv 98-6316; 98-6334;  98-6338; 98-6341; 98-6342;
98-6343; 98Ã„6344; 98-6341;
98-6342; 98-6343; 98-6344; 98-6345; 98Ã„6388) (shb) [Entry date 05/21/01]
[Edit date 06/11/01] [2:98cv6337]

 5/23/01    86   REPLY by intervenor Korean Labor Welfare to opposition to
motion re: subrogation [61-1] (Relates to MDL 1237, cv 98-6334, 98-6344,
98-6339; 98-6337, 98Ã„6343, 98-6345, 98-6338, 98-6341, 98-6342) (shb) [Entry
date 05/24/01]   [2: 98cv6337]

 5/23/01    87   REPLY by defendant Korean Air Lines Co to response of  KLWC
re KLWC's claims [61-1] (dhl) [Entry date 05/25/01] [2: 98cv6337]

 5/23/01    88   REPLY by intervenor Korean Labor Welfare to KAL's opp to
motion re: subrogation [61-1] (dhl) [Entry date 05/25/01]
[2: 98cv6337]

 5/23/01    89   DECLARATION of Rebecca N Kaufman by intervenor Korean  Labor
Welfare in suppt of KLWC's reply brief re motion re: subrogation [61-1] (dhl)
[Entry date 05/25/01] [Edit date 05/25/01] [2:98cv6337]

 5/23/01    90   PROOF OF SERVICE by intervenor Korean Labor Welfare on
5/23/01 of reply briefs to oppositions to KLWC's motions  re: subrogation;
svd on attached svc list by
overnight courier (dhl) [Entry date 05/25/01] [2:98cv6337]

 5/23/01    91   Objections by intervenor Korean Labor Welfare to decl of
Jungil Lee Esq re motion re: subrogation [61-1] (dhl) [Entry date 05/25/01]
[Edit date 06/11/01] [2:98cv6337]

 5/23/01    92   REPLY brief by defendant USA in suppt of its motion to
dismiss KLWC's claims for lack of subject matter jurisdiction (dhl) [Entry
date 05/25/01] [2:98cv6337]

5/23/01    94   REPLY by intervenor Korean Labor Welfare Corporation to  the
United States' opp to KLWC's motion re: subrogation [61-1]. (gk) [Entry date
05/31/01] [2:98cv6337]

 5/23/01    95   MINUTES before Judge Harry L. Hupp: The Crt is informed  all
motion to dismiss KLWC's claims for of subject matter    jurisdiction [60-1],
motion for summary judgment [69-1], &  motion re: subrogation [61-1] set for
5/30/01 is taken OFF
CALENDAR &; pretrial conference is taken OFF CAL.CR: N/P      [Relates to MDL
`#1237] (et) [Entry date 06/05/01][Edit date 06/05/01] [2:98cv6337]

5/25/01    93   NOTICE OF FILING OF DECLARATION of Jungil Lee, Esq. by
plaintiff(s), attached as Exh A, in suppt of their opp to     .LWC'se motion
re: subrogation [61-1] (et) [Entry date 05/31/01] [2:98cv6337]

 6/6/01    96   PRE-TRIAL CONFERENCE ORDER approved by Judge Harry L.  Hupp
(re: Sae Kyung Hur) re: MDL 1237 ** see ord for info** (pbap) [Entry date
06/12/01] [2:98cv6337]

 6/6/01    97   MINUTES: The following cases are transferred to the
District of Guam upon the filing of the pretrial conference order and the
filing of this minute order: CV 98-6334, CV 98-6337,  CV 98-6338, CV
98-6341, CV 98-6341, CV 98-6342, CV 98-6343, CV 98-6344, CV 98-6345. Upon
completion of transfer, cnsl may expect a notice from Judge Unpingco in Guam
(as to the Guam cases and the judge assigned in this district (as to the
retained crew case) setting up a status conference to set trial dates and
other matters. Any fur procedural matters as to the Guam cases and the damage
aspects of the retained crew case ( motions, stipulations, applications,
etc.) should be set before the judge to whom the case is or will be assigned
and not to this court. Case transferred to Dist of: Guam. (ENT 6/12/01) MD JS
6 mld cpys & ntc by Judge Harry L. Hupp CR: Cynthia L. Mizell (pbap) [Entry
date 06/12/01] [2:98cv6337]

 6/14/01    --   TRANSMITTAL of documents orig file, cc docket & ord to  the
District of GUAM. (pbap) [Entry date 06/14/01]     [2: 98cv6337];   [RSN EOD
06/28/2001]